UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| AMERICAN LOG HOMES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:07CV01339 AGF |
| ) | |
| DARREL J. BOSSE, SUSAN M. BOSSE, ) | |
| and SATTERWHITE COMPANIES, INC., ) | |
| ) | |
| Defendants. ) | |

## ORDER

**IT IS HEREBY ORDERED** that the motion of Defendants Darrel J. Bosse and Susan M. Bosse for leave to file a joint amended answer to the complaint is **GRANTED**. [Doc. #22]

**IT IS FURTHER ORDERED** that Plaintiff's motion to strike the separate answers of these Defendants, or in the alternative to deem certain allegations admitted, is **DENIED** as moot, in light of the above ruling. [Doc. #13]

AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 24th day of October, 2007.