UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| AMERICAN LOG HOMES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:07CV1339 AGF |
| | ) | |
| DARRELL J. BOSSE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that Plaintiff's motion for a Protective Order is granted, in accordance with the terms of the Protective Order submitted by the parties. [Doc. #79]

                                              _____
                                              AUDREY G. FLEISSIG
                                              UNITED STATES MAGISTRATE JUDGE

Dated this 8th day of August, 2008