UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| AMERICAN LOG HOMES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:07CV1339 AGF |
| | ) | |
| DARRELL J. BOSSE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that Defendants' objections (Doc. # 81) to Plaintiff's proposed testimony by Richard Hollenstine are overruled. In Documents #73 and #74 Plaintiff has substantially complied with this Court's Memorandum and Order dated August 5, 2008, and has sufficiently identified the areas and substance of Mr. Hollenstine's proposed testimony for the Court to determine that the proposed testimony arose out of Mr. Hollenstine's prior services as an accountant for Plaintiff, and that an expert report under Federal Rule of Civil Procedure 26(a)(2)(B) is not required. Defendants may obtain additional information regarding the proposed testimony by taking Mr. Hollenstine's deposition.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 2nd day of September, 2008.